IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA EDMONDS**, | ) | CIVIL ACTION NO. **23-1243** |
| Plaintiff, | ) | |
| v. | ) | |
| **ALLEGHENY COUNTY JAIL**, | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 10th day of July, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that the amended complaint (ECF No. 14) is dismissed without prejudice to plaintiff's ability to seek leave to file an amended complaint. The magistrate judge's report and recommendation (ECF No. 15) is adopted as the opinion of the court, as supplemented in the memorandum opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

1